# EXHIBIT A

**Exhibit A**

# SMITHFIELD FOODS, et al., v. UNITED STATES OF AMERICA

## PLAINTIFFS' TRIAL WITNESSES- June 29, 2015

1. David Amacher
   c/o Patrick Cudahy LLC
   1 Sweet Applewood Lane
   Cudahy, WI 53110

2. Gene Bridges
   c/o Patrick Cudahy LLC
   1 Sweet Applewood Lane
   Cudahy, WI 53110

3. Matthew Carpenter
   First Marine Division
   Marine Corps Air Ground Task Force Training Center
   Twentynine Palms, CA 92278

4. Brian Catlin
   Building 1587
   Marine Corps Air Ground Combat Center
   Twentynine Palms, CA 92278

5. Steven DeCaster (EXPERT)
   Nicollet Partners
   1221 on the Nicollet Mall
   Suite 700
   Minneapolis, MN 55403

6. Andres Fuentes
   Assistant Chief of Staff G-3
   Range Ops
   Twentynine Palms, CA 92278

7. Sgt. Glen Haase
   Cudahy Police Department
   5050 S. Lake Drive
   Cudahy, WI 53110

8. Susan Lee
   Security Signals, Inc.
   9509 Macon Road
   Cordova, TN 38016

9. Daniel Kapella
   c/o Patrick Cudahy LLC
   1 Sweet Applewood Lane
   Cudahy, WI 53110

10.     Jason Kapella
            c/o Patrick Cudahy LLC
            1 Sweet Applewood Lane
            Cudahy, WI  53110

11.     James Matthews
            c/o Patrick Cudahy LLC
            1 Sweet Applewood Lane
            Cudahy, WI  53110

12.     Harold Meyer (EXPERT)
            Quantum Global Advisors, LLC
            445 North LaSalle Street
            Chicago, IL  60654

13.     Daniel O'Kelly (EXPERT)
            International Firearms Specialist Academy
            P.O. Box 338
            Lake Dallas, TX  75065

14.     William Otis
            c/o Smithfield Foods
            200 Commerce St.
            Smithfield, VA  23430

15.     Joshua Popp
            2728a E Holmes Ave.
            Cudahy, WI  53110

16.     Richard Pehrson, Ph.D. (EXPERT)
            Pehrson Fire
            7455 France Ave., S #271
            Edina, MN  55345

17.     Robert Schroeder, Ph.D. (EXPERT)
            Schroeder Fire
            2110 W 53rd St.
            Minneapolis, MN  55419

18.     David Schulz
            c/o Patrick Cudahy LLC
            1 Sweet Applewood Lane
            Cudahy, WI  53110

19.     Jeff Schwenk (EXPERT)
            Continental Machinery Company, Inc
            4849 Olson Drive
            Dallas, TX  75227

20.    Parul Stevens
       Vice President-Risk Management
       c/o Smithfield Foods
       200 Commerce Street
       Smithfield, VA  23430

21.    Kenneth Sullivan
       Executive Vice President and Chief Financial Officer
       c/o Smithfield Foods
       200 Commerce Street
       Smithfield, VA 23430