# EXHIBIT C

**Exhibit C**

# SMITHFIELD FOODS, et al., v. UNITED STATES OF AMERICA

## Case No. 13-C-651

## PLAINTIFFS' TRIAL EXHIBIT LIST

| Exhibit No./Letter | Description | Offered By | Objection | Date Offered | Date Received |
|---|---|---|---|---|---|
| 1 | Complaint | | | | |
| 2 | Defendant's Answers to Plaintiffs' First Request for Admissions | | | | |
| 3 | Defendant's Answers to Plaintiffs' First Interrogatories | | | | |
| 4 | Defendant's Answers to Plaintiffs' Second Interrogatories | | | | |
| 5 | Defendant's Supplemental Answer to Plaintiffs' Second Interrogatories | | | | |
| 6 | Statement of Joshua Popp | | | | |
| 7 | Expert Report of Dr. Robert Schroeder and Dr. Richard Pehrson | | | | |
| 8 | Supplemental Expert Report of Dr. Robert Schroeder and Dr. Richard Pehrson | | | | |
| 9 | Dr. Robert Schroeder's file | | | | |
| 10 | Affidavit of Dr. Robert Schroeder | | | | |
| 11 | Photographs taken by Dr. Schroeder | | | | |
| 12 | Dr. Richard Pehrson's file | | | | |
| 13 | Photographs taken by Dr. Pehrson | | | | |
| 14 | Quantum Global Report and Supporting Exhibits including CD's prepared by Harold Meyer | | | | |
| 15 | Continental Machinery Corporation Report prepared by Jeff Schwenk | | | | |
| 16 | Jeff Schwenk's file | | | | |

| Exhibit No./Letter | Description | Offered By | Objection | Date Offered | Date Received |
|---|---|---|---|---|---|
| 17 | Report prepared by Steven DeCaster, Nicollet and Associates | | | | |
| 18 | Steven DeCaster's file | | | | |
| 19 | Rebuttal Expert Report of Daniel O'Kelly | | | | |
| 20 | Supplemental Rebuttal Expert Report of Daniel O'Kelly | | | | |
| 21 | Daniel O'Kelly file | | | | |
| 22 | Expert Report of Gerald Haynes | | | | |
| 23 | Gerald Haynes' File | | | | |
| 24 | Invoices for Flares Purchased by Haynes for Experiments | | | | |
| 25 | MSDS for Haynes' tested flares | | | | |
| 26 | Cut/Specification Sheets for Haynes' tested flares | | | | |
| 27 | Smithfield security camera video of flare | | | | |
| 28 | Declaration of Brian Catlin | | | | |
| 29 | Declaration of Susan Lee | | | | |
| 30 | Declaration of Andres Fuentes | | | | |
| 31 | Cudahy Police Report | | | | |
| 32 | Cudahy Fire Report | | | | |
| 33 | City of South Milwaukee Fire Department Report | | | | |
| 34 | St. Francis Fire Department Report | | | | |
| 35 | Wisconsin Department of Justice Fire Marshal Antonio Martinez report | | | | |
| 36 | Aerial Photos of Damage to Building | | | | |
| 37 | Excerpts from Deposition of Kurtis Popp | | | | |
| 38 | Excerpts from Deposition of Matthew Carpenter | | | | |
| 39 | Excerpts from Deposition of Brian Catlin | | | | |

| Exhibit No./Letter | Description | Offered By | Objection | Date Offered | Date Received |
|---|---|---|---|---|---|
| 40 | Excerpts from Deposition of Andres Fuentes | | | | |
| 41 | Excerpts from Deposition of Susan Lee | | | | |
| 42 | Marine Corps Response to FOIA Request | | | | |
| 43 | Specification sheets for flares tested by Gerald Haynes | | | | |
| 44 | Sprinkler head exemplars from PCI | | | | |
| 45 | Settlement Agreement and Release | | | | |
| 46 | Continental Machinery Corporation equipment list | | | | |
| 47 | Continental Machinery Corporation's Index of Documents including CD's | | | | |
| 48 | ATF Report | | | | |
| 49 | Lost, stolen or missing munitions reports from United States Marine Corps | | | | |
| 50 | Report prepared by Centimark-1/7/09 | | | | |
| 51 | ACE USA Property Engineering Underwriting Report dated December 7, 2007 | | | | |
| 52 | ACE USA Property Engineering Underwriting Report dated November 14, 2008 | | | | |
| 53 | Dennis Tan statement 07-05-09, 9:45 pm | | | | |
| 54 | York Adjuster Report #1 dated August 4, 2009 | | | | |
| 55 | Thornton Tomasetti, Code Compliance Report of South Plant Buildings, 10/10/09 | | | | |
| 56 | 2007/2008 Ahern Fire Protection complete sprinkler analysis report | | | | |

3

| Exhibit No./Letter | Description | Offered By | Objection | Date Offered | Date Received |
|---|---|---|---|---|---|
| 57 | Ahern Dry Valve Trip Test report for System #18 dated 8-29-07 | | | | |
| 58 | Cudahy Fire Department NFIRS report and narrative for incident 09-0001098 | | | | |
| 59 | Cudahy Fire Department letter re: 9/9/02 Fire Incident – W Building | | | | |
| 60 | South Milwaukee Fire Department NFIRS and first in report for incident 09-0001554 | | | | |
| 61 | Cudahy Police Department incident 09-009286 Supplementary Report | | | | |
| 62 | Parul Stevens exhibit 28 – schematics of building blown up (except for last page) use PCI-004 | | | | |
| 63 | Raze Orders dated 9/10/09 and 7/10/09 | | | | |
| 64 | Range Safety Review Checklist | | | | |
| 65 | Boiler Room Water Flow + Pull Station Trip Log Record | | | | |
| 66 | Boiler Operator's Log Book | | | | |
| 67 | City of Cudahy Fire Code | | | | |
| 68 | Fire Wall and Sprinkler System Performance Comparison | | | | |
| 69 | Thornton Tomasetti Aerial Schematic | | | | |
| 70 | Diagram of PCI Plant with Zones Identified-S-000013 | | | | |
| 71 | Process Flow Diagram of Pre Cook Sausage -S-000014 | | | | |
| 72 | Process Flow Diagram of Fresh Sliced Bacon- Lines 1-8 S000015 | | | | |
| 73 | Process Flow Diagram of Microwave Sliced Bacon Lines 1-6 - S000016 | | | | |

4

| Exhibit No./Letter | Description | Offered By | Objection | Date Offered | Date Received |
|---|---|---|---|---|---|
| 74 | Process Flow Diagram of Boiled Hams-S000017 | | | | |
| 75 | Process Flow Diagram of Fresh Sliced Meats-S-000018 | | | | |
| 76 | Process Flow Diagram of Microwave Sliced Bacon Lines 7-10-S-000019 | | | | |
| 77 | Process Flow Diagram of Dry Sausage and Sliced Lunch Meats-S00002013 | | | | |
| 78 | Process Flow Diagram of Microwave Topping Bacon for Food Service Line 4-S000021 | | | | |
| 79 | Thompson, N.J., *Fire Behavior and Sprinklers*, NFPA, 1964. | | | | |
| 80 | Thompson, N.J., *New Developments in Upright Sprinklers*, NFPA Quarterly, July 1952, pages 5-18 | | | | |
| 81 | NFPA 13, *Standard for the Installation of Sprinkler Systems*, 2007 | | | | |
| 82 | NFPA 13, *Standard for the Installation of Sprinkler Systems*, 2002 | | | | |
| 83 | Oberg, F.R., *Heavy Timber Construction*, American Technical Society, 1972 | | | | |
| 84 | Brannigan, F. *Building Construction for the Fire Service*, 2nd edition, 1982, page 144 | | | | |
| 85 | Conkling, J. and Mocella, C., *Chemistry of Pyrotechnics basic Principles and Theory*, 2nd edition, 1982, page 144 | | | | |
| 86 | Cooper, P., and Kurowski, S., *Introduction to the Technology of Explosives*, VCH Publishers, 1996 | | | | |

| Exhibit No./Letter | Description | Offered By | Objection | Date Offered | Date Received |
|---|---|---|---|---|---|
| 87 | *DOD Ammunition and Explosives Safety Standards: Explosives Safety Construction Criteria,* 6055.09-M, Volume 2, 2012 | | | | |
| 88 | *DOD Contractor's Safety Manual for Ammunition and Explosives,* DOD 4145.26M, March 13, 2008 | | | | |
| 89 | *DOD Ammunition and Explosives Safety Standards: General Explosives Safety Information and Requirements,* 6055.09-M, Volume 1, 2012 | | | | |
| 90 | International Fire Code 2006 | | | | |
| 91 | International Building Code 2006 | | | | |
| 92 | NFPA 495, *Explosive Materials Code* | | | | |
| 93 | NFPA 1123, *Code for Fireworks Display* | | | | |
| 94 | NFPA 1124, *Code for the Manufacture, Transportation, Storage, and Retail Sales of Fireworks and Pyrotechnic Articles* | | | | |
| 95 | ASTM E 108, *Standard Test Methods for Fire Tests of Roof Coverings* | | | | |
| 96 | Wisconsin Building and Fire Code Comms | | | | |
| 97 | Fundamentals of Building Construction: Materials and Methods, Edward Allen | | | | |
| 98 | Construction Methods, Materials and Techniques, 2nd edition by William Spence. Thomson Delmar | | | | |
| 99 | Loft Ignition Flow Chart | | | | |
| 100 | Packing Specification PS200-051 Issue 11-Drew Marine Signal and Safety | | | | |

6

| Exhibit No./Letter | Description | Offered By | Objection | Date Offered | Date Received |
|---|---|---|---|---|---|
| 101 | Para Red Rocket MK8A specifications-Drew Marine Signal and Safety | | | | |
| 102 | Policy- ACE American Insurance Company | | | | |
| 103 | Policy- Allianz Global Risks US Insurance Company | | | | |
| 104 | Policy- General Security Indemnity Company of Arizona | | | | |
| 105 | Policy- Liberty Mutual Fire Insurance Company | | | | |
| 106 | Policy- Tokio Marine & Nichido Fire Insurance Company, LTD | | | | |
| 107 | Policy- Certain Underwriters at Lloyd's of London | | | | |
| 108 | ATF- Federal Explosives Law and Regulations 2007 | | | | |
| 109 | Smithfield Foods Organizational Chart | | | | |
| 110 | Schematic for M125 | | | | |
| 111 | MSDS for M125 | | | | |
| 112 | Pyrotechnic Simulator Safety Guide | | | | |
| 113 | Commercial Flare-Parachute Illuminating Rocket Data Sheet | | | | |
| 114 | Commercial Flare-Red Parachute Signal Rocket Data Sheet | | | | |
| 115 | CCO 3500.4H-SOP | | | | |
| 116 | CCO 3500.13-Marine Corps Enhanced Mojave Viper and Mojave Viper Program | | | | |
| 117 | CCO 3500.4F Ch. 1,5,7, App. A-SOP for Range/Training Areas and Airspace | | | | |
| 118 | CCO3500.4F | | | | |
| 119 | CCO3500.4H, App. A-Definitions | | | | |
| 120 | CCO8000.4E-SOP for Class V Material (78 pages) | | | | |

Case 2:13-cv-00651-LA   Filed 06/09/15   Page 8 of 11   Document 136-3

| Exhibit No./Letter | Description | Offered By | Objection | Date Offered | Date Received |
|---|---|---|---|---|---|
| 121 | CCO8000.4E-SOP for Class V Material (153 pages) | | | | |
| 122 | CCO3500.4G-SOP for Range/Training Areas and Airspace | | | | |
| 123 | Excerpts from USMC CCO P3500.4G | | | | |
| 124 | Excerpts from USMC CCO P3500.4F | | | | |
| 125 | Excerpts from USMC MCO P8020.10A | | | | |
| 126 | Excerpts from USMC MCO 4340.1A | | | | |
| 127 | Excerpts from USMC MCO P8020.10B | | | | |
| 128 | Department of Defense Ammunition and Explosives Hazard Classification Procedures-DLAR 8220.1 | | | | |
| 129 | Excerpts from USMC Range Safety Pocket Guide | | | | |
| 130 | DA PAM 385-63 Range Safety Pamphlet | | | | |
| 131 | DOD 5100.76M-Physical Security of Sensitive Conventional Arms, Ammunition, and Explosives | | | | |
| 132 | DOD6055.09 Ch. 14-Special Storage Procedures | | | | |
| 133 | DOD6055.09, Oct. 2004-Ammunition and Explosive Safety Standards | | | | |
| 134 | DOD5100.76M | | | | |
| 135 | DODIC M125-Storage Containers | | | | |
| 136 | MCBO8023.1-Handling, Storage, Transportation, Disposition of Ammunition and Explosives | | | | |
| 137 | MCBO8023.1 | | | | |
| 138 | MCO4340.1A-Reporting of Missing, Lost, Stolen, or Received Government Property | | | | |

8

Case 2:13-cv-00651-LA   Filed 06/09/15   Page 9 of 11   Document 136-3

| Exhibit No./Letter | Description | Offered By | Objection | Date Offered | Date Received |
|---|---|---|---|---|---|
| 139 | MCO5530.14A-Marine Corps Physical Security Program Manual | | | | |
| 140 | MCO P4400.150E-Consumer Level Supply Policy Manual | | | | |
| 141 | MCO P5510.18A, Ch. 1- USMC Information and Personnel Security Program Manual | | | | |
| 142 | MCO8020.1A-Ammunition Management and Explosive Safety Policy Manual | | | | |
| 143 | MCO P8020.10A- Ammunition and Explosives Safety Program | | | | |
| 144 | MCO P8020.1B-Reporting and Missing, Stolen, or Recovered Government Property | | | | |
| 145 | MVSD Form-Mojave Viper Support Detachment | | | | |
| 146 | MVSD SOP | | | | |
| 147 | MVSD Map | | | | |
| 148 | MVSD Photos | | | | |
| 149 | MVSD Form | | | | |
| 150 | MVSD SOP-SOP for MVSD and Using Units Aboard Forward Operating Base Wilson | | | | |
| 151 | ORM (Operational Risk Management) | | | | |
| 152 | Pocket Guide-Range Safety Pocket Guide Vol. 10 | | | | |
| 153 | NREA Brief (Natural Resources and Environmental Affairs Division | | | | |
| 154 | Desert Brief (Natural Resources and Environmental Affairs Division | | | | |

9

Case 2:13-cv-00651-LA   Filed 06/09/15   Page 10 of 11   Document 136-3

| Exhibit No./Letter | Description | Offered By | Objection | Date Offered | Date Received |
|---|---|---|---|---|---|
| 155 | RSO-Officer in Charge (OIC), Range Safety Officer (RSO) Certification Course | | | | |
| 156 | UXO Brief-Unexploded Ordinance | | | | |
| 157 | Pocket Guide Vol 1.7 | | | | |
| 158 | NFESC 5500.4 (Naval Facilities Engineering Service Center) | | | | |
| 159 | SECNAVINST 5510.30, Ch. 1-Department of Navy Personnel Security Program | | | | |
| 160 | SECMAVINST 5510.30B-Department of Navy Instruction | | | | |
| 161 | MCO 3570.1B-Range Safety | | | | |
| 162 | MVSD Map-Camp Wilson Laydown | | | | |
| 163 | Department of Transportation letter regarding Classification of Explosives-4/19/06 | | | | |

Case 2:13-cv-00651-LA   Filed 06/09/15   Page 11 of 11   Document 136-3