# United States' Revised Exhibit List
*Smithfield Foods v. United States*, **No. 13-cv-651**

| Number | Exhibit |
|--------|---------|
| 1000 | United States' 30(b)(6) Deposition Notice |
| 1001 | Continental Invoice re: Narrative ACV Methodology |
| 1002 | Replacement Cost Solicitations |
| 1003 | ILC Report |
| 1004 | Quantum Loss Report Dated 9.23.10 |
| 1005 | Administrative Claim Damages Summary |
| 1006 | Binder 10 – Time Element |
| 1007 | Continental Machinery Rebuilding Timelines |
| 1008 | Demolition Timeline |
| 1009 | ILC Equipment List |
| 1010 | Patrick Cudahy Equipment List |
| 1011 | Building F Equipment Ages |
| 1012 | Patrick Cudahy Budget Weight Spreadsheet |
| 1013 | Patrick Cudahy Net Operating Profit Statements |
| 1014 | Production and Sales Report |
| 1015 | John Morrell & Patrick Cudahy Implementation & Managed Services, Statement of Work, February 10, 2009 |
| 1016 | Change Order No. 10, 6.29.09 |
| 1017 | Change Order No. 4, 5.13.09 |
| 1018 | Change Order No. 21, 11.16.09 |
| 1019 | SAP Timeline e-mail |
| 1020 | Patrick Cudahy Reconstruction Schematic Design, Epstein, January 2010 |
| 1021 | JS Held Report |
| 1022 | Smithfield Press Releases regarding restructuring |
| 1024 | PowerPoint Presentation: *Smithfield Foods, Inc. Patrick Cudahy, Inc Market Meeting.* |

| 1025 | *Meat for Big Mac,* SAP.info Article |
|------|------------------------------------------------------------------|
| 1026 | "Union questions Patrick Cudahy Layoffs" by Rick Rovito, The Business Journal December 3, 2010 |
| 1027 | 10.15.09 Letter from Office of Cudahy City Attorney CITY00000492-93 |
| 1028 | Traven Report, Appendix B Supporting Documents |