UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**SMITHFIELD FOODS, et. al.**
        Plaintiffs,

    v.            Case No. 13C651

**UNITED STATES,**

        Defendant.

---

### SETTLEMENT CONFERENCE MINUTES
### HONORABLE AARON E. GOODSTEIN, PRESIDING

DATE:   Friday, October 14, 2016

TIME COMMENCED:   9:00 AM      TIME CONCLUDED:   12:45 PM

APPEARANCES:

<u>Plaintiffs:</u> John Witkowski, Christopher Sheldon, Kevin DeGarmo and Attorneys Todd Denenberg and Alyssa Endelman

<u>Defendants:</u> Department of Justice Attorneys Robin Doyle Smith and J. Steven Jarreau

COMMENTS: The parties were unable to resolve this matter. The case will be returned to Judge Adelman for further scheduling.