# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SMITHFIELD FOODS INC., et al.,
    Plaintiffs,

v.                              Case No. 13CV651

UNITED STATES OF AMERICA,
    Defendant.

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding      Date: July 24, 2017
Time Commenced: ~~1:30 p.m.~~ 1:58 pm      Concluded: 2:00 pm
Deputy Clerk: MJA      Court Reporter: —

APPEARANCES:

Plaintiff: Alyssa Endelman (248-330-6540 ~~203-2765~~)

Defendant: Steven Jarreau (202-271-7905) & Robin Smith (202-616-4289)

Nature of Conference: Status Conference

Notes:

- The parties report that they have reached a settlement in principle. Therefore, the case will be closed for administrative purposes only pending receipt of final dismissal papers.