UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SMITHFIELD FOODS INC., et. al.,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 13-C-651

Hon. Lynn Adelman

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

Upon stipulation of counsel for Plaintiffs and Defendant, having agreed on a settlement and the settlement funds being distributed accordingly, and the Court being fully advised of the premises;

IT IS HEREBY ORDERED that this case is dismissed with prejudice and without costs or attorneys' fees assessed against any party.

IT IS FURTHER ORDERED that this is a final Order and closes the case.

Dated: January 17, 2018

        /s Lynn Adelman
        Hon. Lynn Adelman
        Judge, Eastern District of Wisconsin

APPROVED AS TO FORM AND CONTENT:

By: /s/ Todd B. Denenberg
    Todd B. Denenberg
    DENENBERG TUFFLEY, PLLC
    Attorneys for Plaintiffs

By: /s/ Robin D. Smith (With Consent)
    Robin D. Smith
    UNITED STATES DEPARTMENT
    OF JUSTICE
    Attorneys for Defendant